| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, SBN 289900<br>Dennis Price, SBN 279082 |
| 3 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 4 | (858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN WHITAKER | ) | Case No.: 5:21-cv-05159-LHK |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| MICHAEL T. GILUSO, in individual and representative capacity as Trustee of The Michael T. Giluso Trust dated February 1, 1996 and as Trustee on behalf of Michelle Giluso Trust dated February 1, 1996; XOTIC SMOKES INC., a California Corporation | ) | |
| Defendants. | ) | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties are currently focusing efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, anticipates that the settlement will be consummated within the coming sixty (60) days, and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.

CENTER FOR DISABILITY ACCESS

Dated: October 28, 2021    By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff