CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN 99568)
ZARA BOKHARI (SBN 332411)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorneys for Defendants
Michael T. Giluso and Xotic Smokes Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　　Plaintiff,<br>　　v.<br><br>MICHAEL T. GILUSO, in individual and representative capacity as Trustee of The Michael T. Giluso Trust dated February 1, 1996 and as Trustee on behalf of Michelle Giluso Trust dated February 1, 1996; XOTIC SMOKES INC., a California Corporation<br><br>　　　　Defendants. | Case: 5:21-cv-05159-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 27, 2021        CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: December 27, 2021        VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                By: /s/ Cris C. Vaughan
                                    Cris C. Vaughan
                                    Attorney for Defendants
                                    Michael T. Giluso and Xotic Smokes Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Michael T. Giluso and Xotic Smokes Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 27, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff